

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

February 24, 2021

<u>*Via electronic filing*</u>
Hon. Loretta A. Preska
United States District Court
Southern District of New York
40 Foley Square
New York, New York

Re:     United States v. Robert Lewis
        Case No.: 20 Cr. 234 (LAP)

Dear Judge Preska,

I am counsel for Defendant Robert Lewis in the above-captioned matter. Roberto Bettega, an attorney previously with our firm, was appointed as associate counsel. Mr. Bettega is now no longer with our firm and is no longer representing Defendant Lewis. As such, I respectfully request that Mr. Bettega be terminated as an attorney of record. Additionally, I kindly ask that this Court direct the clerk to remove him from the docket so that he no longer receives electronic filing notifications.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

```
Roberto Bettega is hereby terminated as
an attorney of record for Defendant
Robert Lewis.  The Clerk of Court is
respectfully directed to terminate
Roberto Bettega from the docket as
counsel of record for Defendant.  SO
ORDERED.
```
*/s/ Loretta A. Preska* 2/25/2021